SUGGETT et al v. MENU FOODS et al                                                    Doc. 2
WAWD CM/ECE Version 3.0.4 - Docket Report                        Page 1 of 4
Case 1:07-cv-03255-NLH-AMD    Document 2    Filed 07/16/2007    Page 1 of 4

CLOSED, STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00457-RSM
### Internal Use Only

| | |
|---|---|
| Suggett et al v. Menu Foods et al | Date Filed: 03/27/2007 |
| Assigned to: Hon. Ricardo S Martinez | Date Terminated: 07/02/2007 |
| Cause: 28:1332 Diversity-Product Liability | Jury Demand: None |
| | Nature of Suit: 195 Contract Product Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Michele Suggett**                    represented by  **Adam Karp**
ANIMAL LAW OFFICES
114 W MAGNOLIA STREET
STE 425
BELLINGHAM, WA 98225-4354
360-738-7273
Fax: 360-392-3936
Email: adam@animal-lawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Don James**                    represented by  **Adam Karp**
*individually and on behalf of all others*                    (See above for address)
*similarly situated*                    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods**                    represented by  **Gary A. Trabolsi**
*a foreign corporation*                    GARDNER BOND TRABOLSI
MCDONALD & CLEMENT
2200 6TH AVE
STE 600
SEATTLE, WA 98121
206-256-6309
Email: gtrabolsi@gardnerbond.com
*ATTORNEY TO BE NOTICED*

**Jeffrey T Kestle**
GARDNER BOND TRABOLSI ST
LOUIS & CLEMENT

Dockets.Justia.com

2200 6TH AVE
STE 600
SEATTLE, WA 98121
206-256-6309
Email: jkestle@gardnerbond.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Iams Company**
*a foreign corporation*

represented by **Evan L Schwab**
DORSEY & WHITNEY LLP
1420 5TH AVE
STE 3400
SEATTLE, WA 98101
206-903-8800
Fax: FAX 903-8820
Email: schwab.evan@dorsey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James E Howard**
DORSEY & WHITNEY (SEA)
1420 5TH AVE
STE 3400
SEATTLE, WA 98101
206-903-2390
Email: howard.james@Dorsey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eukanuba**
*a foreign corporation*

**Defendant**

**Dog Food Producers Numbers 1-100**

**Defendant**

**Cat Food Producers 1-100**

**Defendant**

**Does 1-100**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2007 | ●1 | CLASS ACTION COMPLAINT against defendant(s) Cat Food Producers 1-100, Does 1-100, Menu Foods, Iams Company, Eukanuba, Dog Food Producers Numbers 1-100 (Summons(es) issued)(Receipt #: SEA8289), filed by Michele Suggett, Don James. (Attachments: # 1 Civil Cover Sheet)(DJ) Additional attachment(s) added on 3/30/2007 (DJ, ). (Entered: 03/30/2007) |

| 03/29/2007 | 2 | NOTICE OF FILING WITH THE MDL PANEL A MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS TO THE WESTERN DISTRICT OF WA; filed by Plaintiffs Michele Suggett, Don James. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (RS, ) (Entered: 04/03/2007) |
|---|---|---|
| 04/06/2007 | 3 | NOTICE/JOINT MOTION of plaintiffs Jayme Pittsonberger, David Carter and Jim Bullock for transfer and coordination re MDL 1850 in re Pet Foods Product. Motion filed before MDL Panel. (RS, ) (Entered: 04/10/2007) |
| 04/09/2007 | 5 | FIRST NOTICE OF POTENTIAL TAG ALONG ACTIONS RE MDL 1850 FILED BY MOVANT SEXTON (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(RS, ) (Entered: 04/12/2007) |
| 04/10/2007 | 4 | Letter from Christine Fox addressed to Mr. Luthi requesting that their motion papers be filed as an interested party response re MDL 1850. (RS, ) (Entered: 04/11/2007) |
| 04/13/2007 | 6 | NOTICE/RESPONSE TO MDL PANEL of plaintiffs Jared Workman, Mark and Mona Cohen, and Peggy Schneider in response to all 3 motions for transfer and centralization of all Pet Food Products Liability Litigation (RS, ) (Entered: 04/17/2007) |
| 04/18/2007 | 7 | MOTION to Stay *All Proceedings* by Defendant Menu Foods. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit)(Trabolsi, Gary) (Entered: 04/18/2007) |
| 04/18/2007 | 8 | PROPOSED ORDER (Unsigned) re 7 MOTION to Stay *All Proceedings*. (Trabolsi, Gary) (Entered: 04/18/2007) |
| 04/18/2007 | 9 | CERTIFICATE OF SERVICE by Defendant Menu Foods re 7 MOTION to Stay *All Proceedings*. (Trabolsi, Gary) (Entered: 04/18/2007) |
| 04/19/2007 | 10 | NOTICE/MEMORANDUM OF PLAINTIFFS WHALEY ET AL IN OPPOSITION TO MOTIONS FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS SUBMITTED BY PLAINTIFFS SEXTON AND TROIANO (RS, ) (Entered: 04/20/2007) |
| 04/23/2007 | 11 | NOTICE/RESPONSE TO MDL PANEL REGARDING MDL 1850 OF PLAINTIFF SHIRLEY SEXTON TO PLAINTIFF TROIANO AND WASHINGTON PLAINTIFFS" MOTIONS FOR TRANSFER AND COORDINATION OR CONSOLIDATION (RS, ) (Entered: 04/24/2007) |
| 04/30/2007 | 12 | NOTICE to MDL Panel by Attorney Bruce Newman Re: Service List (TS, ) (Entered: 05/01/2007) |
| 05/03/2007 | 13 | NOTICE OF APPEARANCE/MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 USC 1407 filed by Plaintiffs (Attachments: # 1 Plaintiffs' Memorandum)(TS, ) (Entered: 05/04/2007) |

| 05/04/2007 | 14 | STIPULATION AND PROPOSED ORDER *STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE* by parties. (Attachments: # 1 Certificate of Service)(Kestle, Jeffrey) (Entered: 05/04/2007) |
| 05/04/2007 | 15 | MINUTE ORDER STAYING CASE pending decision on action by MDL Panel by Judge Ricardo S Martinez. (RS, ) (Entered: 05/07/2007) |
| 05/07/2007 | 19 | LETTER RE MOTION FOR TRANSFER/ NOTICE OF APPEARANCE /PLAINTIFFS' NOTICE OF JOINDER AND JOINDER IN MOTION FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U. S. C. 1407 filed by Plaintiffs (TS, ) (Entered: 05/09/2007) |
| 05/08/2007 | 16 | NOTICE of Appearance by attorney James E Howard on behalf of Defendant Iams Company. (Howard, James) (Entered: 05/08/2007) |
| 05/08/2007 | 17 | NOTICE of Joinder JOINING 7 MOTION to Stay *All Proceedings*, by Defendant Iams Company. (Howard, James) (Entered: 05/08/2007) |
| 05/08/2007 | 18 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. (Howard, James) (Entered: 05/08/2007) |
| 05/10/2007 | 20 | STIPULATION AND ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE by Judge Ricardo S Martinez. (RS, ) (Entered: 05/10/2007) |
| 05/14/2007 | 21 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT re MDL 1850(RS, ) (Entered: 05/15/2007) |
| 05/16/2007 | 22 | NOTICE OF APPEARANCE AND NOTICE OF PRESENTATION OF ORAL ARGUMENT/MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF OHIO PURSUANT TO 28 USC 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS AND BRIEF IN SUPPORT OF PLAINTIFFS' MOTION, filed by Plaintiffs'(TS, ) (Entered: 05/17/2007) |
| 05/21/2007 | 23 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT re MDL 1850(TS, ) (Entered: 05/22/2007) |
| 06/25/2007 | 24 | NOTICE from MDL Panel with copy of Transfer Order(RS, ) (Entered: 06/27/2007) |
| 07/02/2007 | 25 | NOTICE from MDL Panel with copy of order re in re Pet Food Products MDL 1850(RS, ) (Entered: 07/03/2007) |